Form B4
11/92

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re Dixie Pellets, LLC                    Case No. 09-05411-11

           Debtor                                       Chapter 11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security)* |
| Alabama Power<br>P.O. Box 242<br>Birmingham, AL 35292 | P.O. Box 242<br>Birmingham, AL 35292<br>(888) 430-5787 | Utility | | 739,152.09[1] |
| HeartLand Barge Management, LLC<br>P.O. Box 953108<br>St. Louis, MO 63195 | P.O. Box 953108<br>St. Louis, MO 63195<br>(618) 281-4515 | Transportation | | 375,187.50 |
| Eagle Tugs, LLC<br>1207 Middle Road<br>Morgan City, LA 70380 | c/o Garrell Chaisson, Sr.<br>1207 Middle Road<br>Morgan City, LA 70380<br>(251) 300-2662 | Transportation | | 289,064.75 |
| Harbert Power Fund III, LLC<br>P.O. Box 1297<br>Birmingham, AL 35201 | c/o Pat Molony<br>P.O. Box 1297<br>Birmingham, AL 35201<br>(205) 987-5540 | Reimbursement Obligations | | 278,527.01 |

---

[1] Secured by third party letter of credit in the amount of $750,000.00.

| Name | Address | Type | Amount |
|---|---|---|---|
| US Premium Finance, In<br>P.O. Box 1110<br>Lawrenceville, GA 30046 | P.O. Box 1110<br>Lawrenceville, GA 30046<br>(678) 376-3236 | Insurance | 255,475.71 |
| Environmental Pneumatics, Inc.<br>215 Bowers Rd S<br>Oakland, TN 38060 | 215 Bowers Road South<br>Oakland, TN 38060<br>(901) 465-0211 | Trade | 193,891.00 |
| Mobile Bay Woodchip Center<br>P.O. Box 190155<br>Mobile, AL 36619 | c/o John Chapman<br>P.O. Box 190155<br>Mobile, AL 36619<br>(251) 443-5577 | Trade | 175,045.50 |
| DHS, Inc. dba Smith Industrial Service & Roto Rooter<br>2001 W. I-65 Service Rd North<br>Mobile, AL 36618 | 2001 W. I-65 Service Road N.<br>Mobile, AL 36618<br>(251) 471-4315 | Trade | 151,001.17 |
| Alabama Gas Company<br>P.O. Box 2224<br>Birmingham, AL 35246-0022 | P.O. Box 2224<br>Birmingham, AL 35246-0022<br>(205) 326-8145 | Utility | 114,432.63 |
| ASC Construction Equipment USA, Inc.<br>P.O. Box 534366<br>Atlanta, GA 30353 | c/o Bob Spencer<br>P.O. Box 534366<br>Atlanta, GA 30353<br>(334) 269-1522 | Trade | 94,051.22 |
| CSE Engineering, Inc.<br>1900 Bates Avenue Suite K<br>Concord, CA 94520 | c/o Craig Corzine<br>1900 Bates Avenue, Suite K<br>Concord, CA 94520<br>(925) 686-6733 | Trade | 89,990.75 |
| Edd Johnson & Associates, Inc.<br>P.O. Box 1117<br>Pelham, AL 35124 | c/o Edd Johnson<br>P.O. Box 1117<br>Pelham, AL 35124<br>(800) 522-0345 | Trade | 85,961.70 |
| Consolidated Design And Machine, Inc.<br>P.O. Box 846<br>Boaz, AL 35957 | P.O. Box 846<br>Boaz, AL 35957<br>(256) 840-6990 | Trade | 58,301.75 |

| | | | |
|---|---|---|---|
| Zenith Insurance Company<br>4415 Collections Center Drive<br>Chicago, IL 60693 | 4415 Collections Center Drive<br>Chicago, IL 60693<br>(800) 440-5020 | Insurance | 51,127.00 |
| Willis of Alabama, Inc.<br>P.O. Box 730371<br>Dallas, TX 75373-0371 | c/o James Dykes<br>P.O. Box 730371<br>Dallas, TX 75373-0371<br>(251) 433-0441 | Insurance | 50,921.90 |
| Lightfoot Franklin & White, LLC<br>400 20th St. N.<br>Birmingham, AL 35203-3200 | 400 20th Street North<br>Birmingham, AL 35203-3200<br>(205) 581-0718 | Legal | 49,438.90 |
| Central Alabama Maintenance Service, Inc.<br>725 Venable Rd.<br>Wetumpka, AL 36092 | c/o Danny Griffin<br>725 Venable Road<br>Wetumpka, AL 36092<br>(334) 263-4078 | Trade | 48,195.01 |
| S&S Industrial Supply, LLC<br>9273 Hwy 84 W<br>P.O. Box 111<br>Winnfield, LA 71483 | c/o Stacy Stewart<br>9273 Hwy 84 W<br>P.O. Box 111<br>Winnfield, LA 71483<br>(318) 628-5343 | Trade | 45,884.47 |
| Premium Funding Associates, Inc.<br>1001 Winstead Dr.<br>Suite 500<br>Cary, NC 27513 | 1001 Winstead Drive<br>Suite 500<br>Cary, NC 27513<br>(800) 791-7901 | Insurance | 45,511.26 |
| Phelps Industries, Inc.<br>1700 E 9th St<br>P.O. Box 1093<br>Little Rock, AR 72203 | c/o Bonnie Shelton<br>1700 East 9th Street<br>P.O. Box 1093<br>Little Rock, AR 72203<br>(501) 375-1141 | Trade | 41,878.20 |

Date:   September 13. 2009

Dixie Pellets, LLC as Debtor

*[signature: Patrick E. Molony]*

By: Patrick E. Molony

Its: Executive Vice President

I, the Executive Vice President of Dixie Pellets, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding 20 largest unsecured claims and that it is true and correct to the best of my information and belief.

Date: September 13, 2009
Signature *[signature: Patrick E. Molony]*
Patrick E. Molony, Executive Vice President
(Print Name and Title)