**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **DIXIE PELLETS, LLC,** | ) | **Case No. 09-_____** |
| | ) | **Chapter 11 Proceeding** |
| **Debtor.** | ) | |

## CREDITOR MATRIX

AAA Cooper Transportation
P.O. Box 6827
Dothan, AL 36302

Advantage Concrete Contractors, Inc.
5190 AL Hwy 22
Valley Grande, AL 36703

Agreen Ltd
206 Main Street
Gibraltar, Reg.nr.87981

AHI Linden Lumber, LLC
P.O. Drawer 480369
Linden, AL 36748

Air Pro Heating & Air Conditioning, LLC
2103 Delanie Drive
Selma, AL 36701

Airgas South, Inc.
PO Box 532609
Atlanta, GA 30353-2609

Alabama Department of Labor
100 North Union Street, Suite 620
P.O. Box 303500
Montgomery, AL 36130-3500

Alabama Department of Revenue
P.O. Box 327560
Montgomery, AL 36132-7560

Alabama Department of Revenue
Business Privilege Tax Section
P.O. Box 327431
Montgomery, AL  36132-7431

Alabama Dept of Industrial Relations
649 Monroe Street
Room 407
Montgomery, AL  36131-4220

Alabama Dept. Environmental Management
P.O. Box 301463
Montgomery, AL  36130-1463

Alabama Electric Co, Inc
P.O. Box 8277
Dothan, AL  36304-0277

Alabama Gas Company
P.O. Box 2224
Birmingham, AL  35246-0022

Alabama Power Company
P.O. Box 242
Birmingham, AL  35292

Alabama State Port Authority
P.O. Box 1588
Mobile, AL  36633

Alabama Timber Industries, Inc.
5744 Hwy 5
Thomasville, AL  36784

Alabama Wholesale Carts
1120 S. Memorial Drive
Prattville, AL  36067

Alchemcast
1847 South Lakeshore Drive
Birmingham, AL  35216

Alexander K. and Karen S. Scott
968 Bramleigh Lane
Annapolis, MD  21401

AL-TOM Forest Products, Inc.
P.O. Box 595
Waynesboro, MS  39367

American Fire Technologies, Inc.
2120 Capital Drive
Wilmington, NC  28405

American Plant Services, LLC
P.O. Box 10568
Birmingham, AL  35202

Amsco Supply
2401 Woodridge Drive
Jasper, AL  35504

amsource Employer Operating System
1608 13th Avenue South
Ste 200
Birmingham, AL   35205-5573

Andrew Malloy
1409 Eagle Bend Drive
Southlake, TX  76092

Andritz, Inc.
35 Sherrman Street
Muncy, PA  17756

Angela Barrett Kuhn
c/o Melba Faye Hutchinson Edmondson
135 N Tallassee St
Dadeville , AL 36853-1332

Applied Industrial Technologies - Dixie, Inc.
980 Plantation Way
Montgomery, AL  36117-2286

ASC Construction Equipment USA, Inc.
PO Box 534366
Atlanta, GA  30353

AT&T
P.O. Box 105262
Atlanta, GA  30348-5262

AT&T Communication Systems Southeast
P.O. Box 79045
Baltimore, MD  21279-01045

Automated Accounting Systems, Inc.
PO Box 436
Livingston, AL  35470

Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL  35201

Bank of New York Mellon Trust Company, N.A.
The Financial Center, Ste 950
505 North 20th Street
Birmingham, AL 35203

BAR Forest Products, LLC
411 Stevens Road
Butler, AL  36904

Bar J Farms
1076 Redland Road
Wetumpka, AL  36093

Bass Lumber Co., Inc.
P.O. Box 938
Wetumpka, AL  36092

Batte & Hollingsworth Lumber Co., Inc.
19064 Hwy 80
Forrest, MS  39074

Bearings & Drives of Ala., Inc.
101 Pollard Street
P.O. Box 4596
Montgomery, AL  36103

Belcher Forest Products, Inc.
P.O. Box 338
Centreville, AL  35042

Belinda B. Early
13720 Solstice Close
Midlothian, VA  23113

Bennett Motor Express, LLC
P.O. Box 100004
McDonough, GA  30253

Bernard S. Holt, III
9100 River Road
Richmond, VA  23229

Bill Brown Construction Co., Inc.
DBA Bill Brown Trucking
9605 Lee Highway
P.O. Box 317
Ooltewah, TN  37363

Bill Morgan Construction, Inc.
9022 County Road 99
Addison, AL  35440

Billy Barnes Enterprises, Inc
P.O.Drawer 745
Monroeville, AL  36461-0745

Birmingham Drafting, Inc.
2598-A Alton Road
Birmingham, AL  35210

Birmingham Plastic Pipe & Supply Co.
4285 3rd Avenue South
P.O. Box 321036
Birmingham, AL  35222

Black Belt Sewer and Drain Cleaning Service, LLC
P.O. Box 1677
Selma, AL  36702-1677

Blake & Pendleton, Inc. - Alabama
P.O. Box 26711
Tampa, FL  33630-9841

Blue Ox Forestry, Inc.
P.O. Box 1270
Selma, AL  36702-1270

Blue Ox, Inc dba Blue Ox Equipment & Supply
417 Race Street
P.O. Box 1618
Selma, AL  36702

Blue Ridge Mountain Water, Inc.
P.O. Box 211329
Montgomery, AL  36121-1329

Bluewater Energy Solutions, Inc.
3459 Acworth Due West Road, Suite 206
Acworth, GA  30101

BM & M Screening Solutions
5465 Production Blvd
Surrey, BC  V3S 8P6 CAN

Bowater, Inc
495 Woodlands Drive
P.O. Box 26
Goodwater, AL  35072

Bradford Lumber Co. LLC
P.O. Box 81
Thomasville, AL  36784

Braggs Lumber & Timbers, Inc.
P.O. Box 6
Minter, AL  36761

Brammer Safety Supply, Inc.
P.O. Box 10788
Lynchburg, VA 24506

Brand Scaffold Builders, Inc.
P.O. Box 91473
Chicago, IL  60693

Brendle Sprinkler Company, Inc.
P.O. Box 210609
Montgomery, AL  36121

Brian McNamara
62 Goodman Hill Road
Sudbury, MA  01776

Browder Veneer Works, Inc.
P.O. Box 1291
Montgomery, AL  36102

Brown's Clearing, Inc.
P.O. Box 190
Elmore, AL  36025

Brownsville Marine Products, LLC
1800 Paul Thomas Blvd
Brownsville, PA  15417

Buchanan Hardwood Flooring Co., LLC
P.O. Box 444
Aliceville, AL  35442

Buchanan Lumber Co.
P.O. Box 444
Aliceville, AL  35442

Buchanan Timber Company, Inc.
P.O. Box 990
Selma, AL  36702-0990

Bulk Material, LLC
P.O. Box 69
Highland Home, AL  36041

Bulk Shipping, Inc.
P.O. Box 88
Mobile, AL   36601

Burkes Mechanical, Inc.
#2 Industrial Road
Brent, AL  35034

Burton Huff Trucking
P.O. Box 154
Stanton, AL   36790

Bush Intellectual Property Law Group, LLC
P.O. Box 381146
Birmingham, AL  35238

Business Capital Risk Control Services, LLC
DBA BCRCS, LLC
2637 Edenborn Avenue
Suite 201
Metairie, LA  70002

C&C Marine Maintenance Co., Inc.
P.O. Box 931696
Cleveland, OH  44193

Cahaba Valley Lumber, Inc.
35 Cahaba Valley Drive
Selma, AL  36701

Calyon Corporate and Investment Bank
1301 Avenue of the Americas
New York, NY 10019

Calyon New York Branch
c/o MAYNARD COOPER & GALE PC
Kris Lowry
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203

Calyon New York Branch
c/o MAYNARD COOPER & GALE PC
Kevin Gray
655 Gallatin Street
Huntsville, AL  35801

Calyon New York Branch
c/o Armbrecht Jackson LLP
Jay Watkins
63 South Royal Street
13th Floor Riverview Plaza
Mobile, Alabama 36602

Calyon New York Branch
c/o COVINGTON & BURLING LLP
Michael B. Hopkins, Charles H. Jeanfreau and Amanda R. Raboy
The New York Times Building
620 Eighth Avenue
New York, NY  10018

Canvas Products of Dothan, Inc.
209 Southgate Road
Dothan, AL  36301

Capital Bearing and Supply
1404 Furnace Street
Montgomery, AL  36104

Capital Systems
Two Grand Central Tower
140 East 45th Street, 36th Floor
New York, NY  10017

Capital Veneer Works, Inc.
P.O. Box 240785
Montgomery, AL  36124

Carquest Auto Parts
2809 Citizens Parkway
Selma, AL  36701

Castleberry Wood Products, LLC
P.O. Box 404
Wetumpka, AL  36092

CDW Direct, LLC
P.O. Box 75723
Chicago, IL  60675-5723

Cedar Brook Co.
491 Vons Way
Providence, UT  84332

Central Alabama Electric Cooperative
P.O. Box 681570
Prattville, AL  36068-1570

Central Alabama Farmers Coop
P.O. Box 1090
Selma, AL  36702

Central Alabama Maintenance Service, Inc.
725 Venable Road
Wetumpka, AL  36092

Central Alabama Porta-Toilet
807 Jeff Davis Avenue
Selma, AL  36701

Central Alabama Wood Products, LLC
P.O. Box 418
Wetumpka, AL  36092

Central Mississippi Land & Timber
P.O. Box 1036
Philadelphia, MS  39350

Certified Laboratories
a Div. of NCH Corporation
P.O. Box 971269
Dallas, TX 75397-1269

Chadwick Timber Co., Inc.
4365 Souwilpa Road
Silas, AL  36919

Cherrybark Flooring, Inc.
P.O.Box 1000
Dept.822
Memphis, TN  38148

Chewing & Wilmer, Inc.
2508 Mechanicsville Trnpk
Richmond, VA  23223

Chiasson Tugs, LLC
1028 Jackson Street
P.O. Box 100
Amelia, LA  70340

Chilworth Technology, Inc.
250 Plainsboro Road
Bldg #7
Plainsboro, NJ  08536

Christopher H. Stowers
7054 Highway 80 East
Selma, AL  36701

Chubb Group of Insurance Companies
P.O. Box 7777-1630
Philadelphia, PA  19175-1630

CKS Energy, Inc.
205 Martin Luther King Jr. Blvd
Amory, MS  38821

Clark, Geer, Latham & Associates, Inc.
762 Downtowner Loop West
Suite 201
Mobile, AL  36609

Clarke County Pole & Piping Co., Inc.
P.O. Box 998
Thomasville, AL  36784

Clarke's Sheet Metal, Inc.
P.O. Box 2424
Eugene, OR  97402-0139

Clifford Chance LLP
10 Upper Bank Street
Canary Wharf London, E14 5JJ UK

Coastal Equipment Sales, Inc.
P.O. Box 8637
Fleming Island, FL  32006

Commonwealth Industrial Specialties, Inc.
207 E. Cawson Street
P.O. Box 1269
Hopewell, VA  23860

Conam Inspection & Engineering Services, Inc.
195 Clarksville Road
Princeton Jct., NJ  08550-5303

Conecuh Timber
P.O. Box 397
Beatrice, AL  36425

Con-Site Services, Inc.
P.O. Box 358
Chelsea, AL  35043

Consolidated Design and Machine, Inc.
P.O. Box 846
Boaz, AL  35957

Consolidated Mill Supplies, LLC
841 Commercial Count
P.O. Box 780
Murfreesboro, TN  37133

Construction Solutions International, Inc.
P.O. Box 218
Axis, AL  36505

Container Recycling, Inc.
P.O. Box 421
Decatur, AL  35602

Continental Agra Equipment, Inc.
1400 South Spencer Road
Newton, KS  67114

Control Union USA, Inc.
115 James Drive West
Suite 150
St. Rose, LA  70087

Conveyor Components Company, Inc.
P.O. Box 167
Croswell, MI  48422-0167

Con-Way Freight-Southern
2241 Cong WL Dickinson Drive
Montgomery, AL  36109

Cooper Marine & Timberlands Corporation
Concentration Account
Dept #1529
P.O. Box 11407
Birmingham, AL  35246-1529

Coosa-Alabama River Improvement Association, Inc.
300-A Water St.
Suite 307
Montgomery, AL  36104

Coosa-Alabama River Improvement Association, Inc.
300-A Water St.
Suite 307
Montgomery, AL  36104

CORE Industries, Inc.
P.O. Box 190339
Mobile, AL  36619

Core Laboratories
P.O. Box 841787
Dallas, TX  75284-1787

Corley Land Services, Inc.
P.O. Box 40
Chapman, AL  36015

Corporation Service Company
P.O. Box 13397
Philadelphia, PA   19101-3397

Cosby & Carmichael, Inc.
P.O. Box 100
Selma, AL  36702

Cottondale Wood Products, Inc.
1616 44th Avenue
Tuscaloosa, AL  35401

Cougar Oil, Inc.
P.O. Box 1800
Selma, AL  36701

Country Gas
3474 Highway 80 West
Selma, AL  36701

Cowles, Murphy, Glover & Associates, LLP
457 St. Michael Street
Mobile, AL  36602

CR Magnetics, Inc.
3500 Scarlet Oak Blvd
St. Louis, MO  63122

Craig Field Airport & Industrial Authority
Building 48 Craig Field
P.O. Box 1421
Selma, AL  36702-1421

CraneWorks, Inc.
P.O. Box 11407
Birmingham, AL  35246

Creative Solutions of New Market, LLC
278 Shenvalee Drive
New Market, VA  22844

CSE Engineering, Inc.
1900 Bates Avenue
Suite K
Concord, CA  94520

CST Industries Inc.
DBA Columbian TecTank
P.O. Box 2907
Kansas City, KS  66110-2907

CUBS Resources, Inc.
DBA CEBCO
1100 East Park Drive
Suite 301
Birmingham, AL  35235

Cummins Mid-South, LLC
P.O. Box 842316
Dallas, TX  75284-2316

Custom Carriers, LLC
9841 Steiner Store Road
Honoraville, AL  36042

Custom Processing Services, Inc.
2 Birchmont Drive
Reading, PA  19606-3266

CWA Group, Inc.
P.O. Box 3170
Montgomery, AL  36109

CWORKS Systems Inc.
6225 Sheridan Drive
Suite 320
Williamsville, NY  14221

Dallas County Commission
County Engineering Department
PO Box 987
Selma, AL  36702-0987

Daniel & Son, Inc.
1212 Highway 239
Union Springs, AL  36089

David B. Corey
DBA Lauderback Telephone Service
748 Old Marion Jct.
Selma, AL  36702

Dean Oliver Internationl, Inc.
4600 North Royal Atlanta Drive
Tucker, GA  30084

Dearman Woodworks
522 County Road 46
Selma, AL  36701

Deep South Trucking, LLC
P.O. Box 96
Duncanville, AL  35456

Dell Marketing, LLP
c/o Dell USA L.P.
P.O. Box 534118
Atlanta, GA  30353-4118

Delta Marine Service, Inc.
P. O. Box 442
Mobile, AL  36601

DeMarco Vacuum Corporation
1412 Ridgeview Drive
McHenry, IL  60050

Demopolis Hickory Mill, Inc.
P.O. Box 236
Demopolis, AL  36732

Demopolis Marine Services, LLC
P. O. Box 1032
Demopolis, AL  36732

Dept. of Agriculture & Industires
P.O. Box 3336
Montgomery, AL  36109-0336

Destin Energy, LLC
619 S. Perry Street
Montgomery, AL  36104-5819

Dewey & LeBoeuf, LLP
1101 New York Avenue NW
Suite 1100
Washington, DC  20005-4213

DHS, Inc.
DBA Smith Industrial Service & Roto Rooter
2001 W. I-65 Service Road N.
Mobile, AL  36618

DHS, Inc.
d/b/a Smith Industrial Service
c/o Pipes Law, LLC
S. Wesley Pipes
P.O. Box 430
Mobile, AL 36601

Diane Perry
37 Preakness Plaza
Orange Park, FL  32073

Difazio Electric, Inc.
711 Grand Blvd
Deer Park, NY  11729

DiMatter & Associates, Inc.
P.O. Box 16154
Sugar Land, TX  77496-6154

Dixon Lumber Company, Inc.
605 W. Washington St.
Eufaula, AL  36027

Donovan L. and Wilma C. Graham
5685 Loyola Drive
Colorado Springs, CO  80918

Dorssers, Inc.
Box 940
Blenheim, ONT  N0P 1A0  CAN

Doug Wallace
209 Sleepy Hollow Road
Richmond, VA  23229

Douglas H. Ludeman, Jr.
8406 Spring Ridge Way
Richmond, VA  23229

Dr. Charles Bates
1847 S. Lakeshore Drive
Birmingham, AL  35209

Duvall Marine Salvage, Inc.
P.O. Box 1645
Mobile, AL  36633-1645

E3 Consulting, LLC
3333 S. Bannock Street, Suite 500
Englewood, CO  80110

Eagle Inland Towing, LLC
1207 Middle Road
Morgan City, LA  70380

Eagle Logistics, Inc.
DBA Kelly Trucking
P.O. Box 170
Wadley, AL  36276

Eagle Marine Brokers, LLC
1207 Middle Road
Morgan City, LA  70380

Eagle Marine Group, LLC
P.O. Box 190397
Mobile, AL   36619

Eagle Tugs, LLC
1207 Middle Road
Morgan City, LA  70380

Eagle Tugs, LLC
c/o James G. Curenton, Jr.
P.O. Box 1435
Fairhope, AL 36533

Eaton Corporation
P.O. Box 93531
Chicago, IL

Ed Bahr Services, Inc
3850 Westover Road
P.O. Box 100
Westover, AL  35185

Edd Johnson & Associates, Inc.
P.O. Box 1117
Pelham, AL  35124

Edward J. McCaffrey
1707 Jean Street
Springdale, AR  72762

Electrabel N.V.
8 Regentlaan - Boulevard du Regent
1000 Brussels, Belgium
VAT BE 0403.170.701
+32 (0) 2 519 3699

Electronic Wood Systems
3720 SW 141st Avenue, Suite 206
Beaverton, OR  97005-2349

Electro-Sensors, Inc.
6111 Blue Circle Drive
Minnetonka, MN  55343-9108

Emedco
P.O. Box 369
Buffalo, NY  14240-0369

Endress + Hauser, Inc.
P.O. Box 663674
Indianapolis, IN  46266-3674

Energy Crops Company Ltd
Prime House
32 Anyards Road
Cobham
KT11 2LA, UK
+44 19 32 58 44 55

Entec Services, Inc
16D Commerce Avenue
Hueytown, AL  35023

Entrust MidAtlantic, LLC,
Brigitte Schmidt-Ulrich, IRA
Jack Kiley, Custodian
125 South Carroll Street, Suite 250
Frederick, MD  21701

Entrust MidAtlantic, LLC,
Fernard Baruch, Jr. IRA
Jack Kiley, Custodian
125 South Carroll Street, Suite 250
Frederick, MD  21701

Environmental Pneumatics, Inc.
215 Bowers Road South
Oakland, TN  38060

Environmental Resource Analysts, Inc.
2975 Brown Court
Auburn, AL  36830

Ernst & Young, LLP
P.O. Box 933514
Atlanta, GA   31193-3514

Essent Energy Trading B.V.
Willemsplein 4
NL 5211 AK
's-Hertogenbosch
The Netherlands
+31 (6) 5 247 5497

Estes Express Lines, Inc.
P.O. Box 25612
Richmond, VA  23260-5612

Eutaw Hardwood Dimension Co., Inc.
P.O. Box 61
Eutaw, AL   36542

Evergreen Forest Products, Inc
P.O. Box 87
Chapman, AL  36015

Evergreen Technologies, LLC
P.O. Box 180192
Mobile, AL  36618

EXAIR Corporation
Location 00766
Cincinnati, OH  45264-0766

Fabrick Power Systems, Inc
P.O. Box 795141
St. Louis, MO  63179-0795

Fairbanks Scales, Inc.
P.O. Box 802796
Kansas City, KS  64180-2796

Fanfare Sports Marketing
2921 Ave E East
Arlington, TX  76011

Farley Forest Products, Inc
P.O. Box 71810
Tuscaloosa, AL  35407

Fastenal Company
P.O. Box 1286
Winona, MN  55987-1286

FedEx Freight
P.O. Box 406708
Atlanta, GA  30384-6708

Ferguson Enterprises, Inc.
Frischkorn #254
P.O. Box 100286
Atlanta, GA  30384-0286

Fiber Testing, LLC
2900 Claudia Lane
Theodore, AL  36590-0462

Fidelity National Title Insurance Company
One Park Avenue, Suite 1402
New York, NY  10016

Findley Timber, Inc.
1003 U.S Hwy 31
Fort Deposit, AL  36032

Fire Management Associates, Inc.
DBA Fire Management Systems
6587 Denver Industrial Park Road
Denver, NC  28037

FireSystems Inc.
4700 Highlands Parkway
Smyrna, GA  30082

Fitts Industries, Inc.
2227 Greensboro Avenue
Tuscaloosa, AL   35401

Fondren Wood Products
4512 Lake Shore Drive
Northport, AL  35473

Frazier Bulk, Inc.
264 Oak Grove Lane
Galena, MO   65656

FTS Innovations, Inc.
P.O. Box 669005
Marietta, GA  30066

Fuller Building Supply Co., Inc
3101 Jeff Davis Ave
P.O. Box 1464
Selma, AL   36702-1464

Gale C Marine, Inc.
P.O. Box 110664
Nashville, TN  37222-0664

Garner Industries, Inc.
P.O. Box 29709
Lincoln, NE  68529

Gary N. Witthoefft
2317 Logan Street
Bon Air, VA  23235-3461

Geelen Techniek BV
DBA Geelen Counterflow
P. Schreursweg 38
Haelen, 6081 NX, The Netherlands

General Sheet Metal of Thomasville, Inc.
P.O. Box 726
Thomasville, AL  36784

Georgia Portable Building, Inc.
3857 Bankhead Highway
Douglasville, GA 30134

GKN Sinter Metals, Inc.
22106 Network Place
Chicago, IL  60673

Glasgow Trucking, Inc.
P.O. Box 1377
Vernon, AL   35592

Global Crossing Conferencing
P.O Box 790407
Saint Louis, MO  63179-0407

Goodwyn, Mills and Cawood, Inc.
2660 Eastchase Lane, Suite 200
P.O. Box 242128
Montgomery, AL   36124

Grahams Fire Service
2102 Delanie Drive
Selma, AL   36701

Grainger
Dept. 873323299
Palatine, IL  60038-0001

Graybar Electric Co., Inc.
1040 London Drive
Birmingham, AL  35211

GreCon
15875 SW 74th Avenue
Tigard, OR  97224-7934

Grindle Tire Service, Inc.
212 US Highway 80 East
Selma, AL  36701

GTC Partners, LLC
Steven G. Godfrey
1 10th St., Suite 303
St. Augustine Beach, FL  32080

Guardian
P.O. Box 95101
Chicago, IL   60694-5101

Gulf Coast Marine Supply Co.
P.O. Box 2088
Mobile, AL  36652

Gulf Lumber Jackson, LLC
P.O. Box 1663
Mobile, AL   36633

GWF Power Systems
4300 Railroad Avenue
Pittsburg, CA  94565

Hand Arendall, LLC
3000 AmSouth Bank Building
P.O. Box 123
Mobile, AL  36601

Hapman
P.O. Box 2321
Kalamazoo, MI  49003

Harbert DP LLC
P.O. Box 1297
Birmingham, AL 35201

Harbert Power Fund III, LLC
P.O. Box 1297
Birmingham, AL  35201

Harbert Fund III, LLC
c/o Balch & Bingham, LLP
W. Clark Watson
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama  35203-4642

Harcros Chemicals, Inc.
P.O. Box 74583
Chicago, IL  60690

Hardco, Inc.
P.O. Box 292
Talking Rock, GA  30175

Harlon Scott Ledbetter
3721 Spring Valley Road
Birmingham, AL  35223

Harmony Hill Trucking, Inc.
Highway 80 East, Rt. 2, Box 193
Uniontown, AL   36786

Hartland Barge Management, L.L.C.
c/o Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
Kirkland E. Reid and James Rebarchak
254 State Street
Post Office Box 46 (36601)
Mobile, AL 36603

Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, AL  35203

Hazen Research, Inc.
4601 Indiana Street
Golden, CO   80403

Hearth, Patio, & Barbecue Association
DBA Pellet Institute
1901 North Moore Street, Suite 600
Arlington, VA  22209

HeartLand Barge Management, LLC
P.O. Box 953108
St Louis, MO   63195

HeartLand Barge Transportation, LLC
P.O. Box 952341
St Louis, MO   63195

Hiller Systems Incorporated
P.O. Box 91508
Mobile, AL  36691-1508

Hobbs & Hain, PC
707 Selma Avenue
P.O. Drawer 1190
Selma, AL  36702-1190

Hood Industries, Inc.
915 Industrial Park Road
Waynesboro, MS   39367

HoseCraft USA
2315 W. Hubbard Street
Chicago, IL  60612

HSA Bank
P.O. Box 939
Sheboygan, WI  53082-0939

Huff Trucking, LLC
P.O. Box 154
Stanton, AL  36790

ICSE, Inc.
10991 Leadbetter Road
Ashland, VA  23005

Idaho National Labs
P.O. Box 1625
Idaho Falls, ID  83415

IDC, Inc
2598 A Alton Road
Birmingham, AL  35210

Ideal Timber Co.. Inc.
730 County Road 30
Sardis, AL  36775

Industrial Accessories Co.
4800 Lamar, Suite 203
Mission, KS   66202

Industrial Iron Works, Inc.
1503 So. Whitehead Drive
P.O. Box 628
DeWitt, Arkansas  72042

Industrial TurnAround Corp
13203 N. Enon Church Road
Chester, VA  23836

Ingram Micro, Inc.
P.O. Box 90341
Chicago, IL  60696-0341

Insurance Services Office, Inc.
General Post Office
P.O. Box 27507
New York, NY  10087-7507

IntraLinks, Inc.
P.O. Box 414476
Boston, MA  02241-4476

Irene Malloy
11345 Brady Hall Lane
North Potomac, MD  20878-2531

J & W Marine Enterprises, Inc.
P.O. Box 122
Bayou La Batre, AL  36509

J&H Properties, LLC
DBA Hampton Inn Selma
2200 Highland Avenue
Selma, AL   36701

J.C. Pardue Custom Signs
7600 Co. Rd. 39
Selma, AL   36701

Jackie B. Lovett Trucking Co., Inc.
4236 Hwy 24 South
Waynesboro, GA   30830

Jacobs Corporation
2510 S. 12th Street
Box 727
Harlan, IA  51537-0727

James A. Beck, Jr.
DBA Beck Plumbing
729 Old Yellow Bluff Road
Pine Hill, AL  36769

James R. Fincher Timber Co., Inc.
450 Stateline Road
Wilmer, AL  36587

Jane C. Nolan
140 Langford Place
Charlottesville, VA  22903

Jarman R. Vaughan
P.O. Box 982
Selma, AL   36702

Jay & Sons General Contractors
17624 Hwy 174
Pell City, AL  35125

Jay Electric Company, Inc.
5850 Selma Highway
Montgomery, AL  36108

Jay ElectroMechanical Services
600 Sixth Avenue
P.O. Box 158
Docena, AL  35060

Jean Freitag
713 A Main Street
Gaithersburg, MD  20878

Jeffrey Rader Corporation
398 Willis Road
Woodruff, SC  29388

Jeffrey Specialty Equipment Corporation
398 Willis Road
Woodruff, SC  29388-8955

Joanne Wallace
209 Sleepy Hollow Road
Richmond, VA  23229

John C. McAleer, III, Standing Trustee
P.O. Box 1779
Memphis, TN  38101-1779

John Dalton Towing, LLC
1573 Eastridge Drive
Slidell, LA  70458

John M. and Teri L. Weiser
5925 Cypress Point Drive
Ft. Worth, TX  76132

John P. Coletti & Associates
373 Vanadium Road
P.O. Box 13378
Pittsburgh, PA  15243

Jones Tire
1909 Alabama Ave
P.O. Box 305
Selma, AL 36702

Jordan Welding, Inc.
9925 Co. Rd. 37
Selma, AL  36702

Joyce Duck
325 Ogeechee Lane
Richmond Hill, GA  31324

JPS Southern Heritage
5705 Hwy 90
Theodore, AL  36582

JR's Trucking, Inc.
575 Barnett Hwy
Brewton, AL   36426

Kathryn C. Huck
204 Lake Crest Drive
Lenoir City, TN  37772

Kelco Chain LLC
P.O. Box 5361
Meridian, MS  39302

Kennedy Forest Products, Inc
P.O. Box 22
Brantley, AL  36009

Kennedy Forest Products
c/o Lightfoot & Nichols, Attorneys at Law
J. Levi Nichols
John A. Nichols
P.O. Box 369
Luverne, AL 36049

Kenneth G. Elzinga
246 Rookwood Drive
Charlottesville, VA  22904

Kidde Fenwal, Inc.
P.O. Box 90393
Chicago, IL   60696-0393

KimKy Chipping, LLC
4283 Rosemary Road
Greensboro, AL  36744

Klumb Remanufacturing Center, Inc
P.O. Box 2406
Mobile, AL  36652

KNL Holdings, LLC
603 North 3rd Avenue
Paragould, AR  72450

KOPAC Int'l, Inc.
DBA Southeast Pallet & Box Company
P.O. Box 1882
Montgomery, AL  36102

Kristian M. Gathright
9436 Indianfield Drive
Mechanicsville, VA  23116

KyKenKee, Inc.
18719 Hwy 11 N
P.O. Box 290
Vance, AL  35490

Laidig Systems, Inc.
P.O. Box 355
South Bend, IN   46624

Lalemant N.V.
Doornzelestraat 71
9000 Gent
BELGIUM
+32 (9) 235 56 25

Larkin Furnace Const Co Inc
DBA Larkin Refractory Solutions
P.O. Box 716
Lithonia, GA  30058

Lawler & Company, Inc.
8975 Dawes Lane North
Mobile, AL  36619

Leadership & Career Center, Inc.
2201 Sagewood Drive
Montgomery, AL   36117-2428

LEAF
P.O. Box 644006
Cincinnati, OH  45264-4006

Leaf River Cellulose, LLC
P.O. Box 329
New Augusta, MS  39462

Lehr, Middlebrooks & Vreeland, PC
2021 3rd Avenue North
P.O. Box 11945
Birmingham, AL   35202

Lewis & Clark Marine
2801 Rock Road
Granite City, IL  62040

Lewis Brothers Lumber Co., Inc.
P.O. Box 334
Aliceville, AL  35442

Lewis M. Carter Manufacturing Co., Inc
P.O. Box 428
Donalsonville, GA  39845

Leitman, Siegal, Payne & Campbell, P.C.
Counsel for Certain Members of Dixie Pellets, LLC
Brandy Murphy Lee
2100 A Southbridge Parkway
Suite 450
Birmingham, AL 35209

Lightfoot, Franklin, & White, LLC
400 20th Street North
Birmingham, AL  35203-3200

Lincoln Financial Advisors
201 Office Park Drive
Ste 300
Birmingham, AL   35223-2424

Lindsey Brantley
DBA Lindsey's Improvements
2332 Hwy. 28 West
Camden, AL  36726

Liquid Handling Equipment, Inc.
P.O.Box 668525
Charlotte, NC  28266-8525

Louisiana Pacific
P.O. Box 187
Thomasville, AL  36784

M & M Timber Harvesting Co., Inc.
9112 County Road 420
Merdian, MS  39301

MAC Equipment, Inc.
36804 Treasury Center
Chicago, IL  60694-6800

Mancil Leonard Riley, Jr.
2011 Northern Blvd.
Montgomery, AL  36110

Mansfield Industrial, Inc.
1052 Momentum Pl.
Chicago, IL  60689-5310

Manufacturers Service Co., Inc.
5 Lunar Drive
Woodbridge, CT  06525-2320

Marine Design, Inc.
60 Shoreline Drive
Gulf Breeze, FL  32561

Marine Rigging, Inc.
552 Beauregard Street
Mobile, AL  36603

Martha D. Hartmann-Harlan
915 Kingsland Road
Richmond, VA  23231

Martin Resource Mgmt Corp
DBA Midstream Fuel Services, LLC
7778 Dauphin Island Parkway
Theodore, AL  36582

Material Control, Inc.
DBA Cotterman Company
130 Seltzer Road
P.O. Box 168
Croswell, MI  48422-0168

Mayer Electric Supply Company, Inc.
P.O. Box 1328
Birmingham, AL  35201-1328

Maynard, Cooper & Gale, PC
1901 6th Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203-2618

McCain Engineering Company, Inc.
P.O. Box 817
Pelham, AL  35124

McClain Trucking, Inc.
230 County Road 1104
Goshen, AL  36035

McConnell Technologies, Inc.
2359 Alton Road
Birmingham, AL  35210-3701

McGee Lumber Co., Inc.
1305 Baptist Line Road
Aliceville, AL  35442

McMaster-Carr
6100 Fulton Industrial Blvd
Atlanta, GA  30336-2853

MEC Company, Inc.
P.O. Box 330
Neodesha, KS  66757

MEGTEC Systems, Inc.
P.O. Box 90520
Chicago, IL  60696-0520

Merge Integration Systems, Inc.
P.O. Box 7023
Dothan, AL  36302

Metro Trailer Leasing, Inc.
100 Metro Parkway
Pelham, AL   35124

MIC Sales, Inc.
2360 Covington Cove
Memphis, TN  38134

Mid South Lumber Inc
1115 C Street
Meridian, MS  39301

Mid Star Timber Harvesting, Inc.
4524 Wimberly Road
Toxey, AL  36921

Mid-South Engineering Company, Inc.
1658 Malvern Avenue
P.O. 1399
Hot Springs, AR  71902

Mid-South Instrument Co., Inc.
P.O. Box 281095
Memphis, TN  38168-1095

Midstate Hearing Rehabilitation Center, Inc.
6741 Taylor Circle
Montgomery, AL  36117

Miller Environmental, LLC
DBA Miller Environmental Services
7000 Woodley Road
Montgomery, AL  36116

Miller, Hamilton, Snider & Odom, LLC
254-256 State Street
P.O. Box 46
Mobile, AL  36601

Millry Mill, Inc.
P.O. Box 290
Millry, AL  36558

Mitchell's Contracting Service, LLC
P.O. Box 87
Catherine, AL  36728

Mobile Bay Woodchip Center
P.O. Box 190155
Mobile, AL  36619

Mobile Bay Woodchip Center
c/o McDowell Knight Roedder & Sledge, L.L.C.
Brian P. McCarthy
William Earl Bonner
P.O. Box 350
Mobile, AL 36601

Mobile Forest Products Co., Inc.
3151B Midtown Park South
Mobile, AL 36606

Mobile Maritime Services, LLC
P.O. Box 2295
Daphne, AL 36526-2295

Mobile Maritime Services, LLC
c/o Alex F. Lankford , III
Hand Arendall, L.L.C.
P. O. Box 123
Mobile , AL 36601

Mobile Shipbuilding & Repair, Inc.
P.O. Box 2964
Mobile, AL 36652

Mold Wood Co.
104 Mallard Drive
York, AL 36925

Montevallo Electric & Machine, Inc.
P.O. Box 412
Montevallo, AL 35115

Montgomery Rubber & Gasket Co.
P.O. Box 210639
Montgomery, AL 36121-0639

Moore McNeil Independent Insurance Consulting
2811 Dogwood Place
Nashville, TN 37204

Moore-Stewart Motor Company, Inc
DBA Moore-Stewart Ford
1406 E. Highland Avenue
Selma, AL 36703

Motion Industries, Inc.
P.O. Box 504606
St. Louis, MO  63150-4606

MPW Industrial Services, Inc.
1300 Paysphere Circle
Chicago, IL   60674

NAFECO, Inc.
1515 West Moulton Street
Decatur, AL  35601

Nalco Company
P.O. Box 730005
Dallas, TX  75373-0005

Napa Auto Parts
2809 Citizens Parkway
Selma, AL  36701

National Maintenance & Repair of KY, Inc.
P.O. Box 769
South Point, OH  45680

National Safety Compliance
509 S Cavalier Ave
Springfield, MO  65802

NES Equipment Services Corporation
DBA NES Rentals
P.O. Box 8500-1226
Philadelphia, PA  19178-1226

New England Wood Pellet, LLC
141 Old Sharon Road
P.O. Box 532
Jaffrey, NH  03452

New Gas Concepts, Inc.
2000 Highway 33
Pelham, AL  35124

Newell & Bush, Inc.
P.O. Box 240397
Montgomery, AL  36124

Newell Paper Company
P.O. Box 631541
Meridian, MS  39302-0631

Noland Lumber Co., Inc.
P.O. Box 346
Gordo, AL  35466

Norbord Georgia, Inc
964 Hwy 280 West
Cordele, GA  31015

North Dallas Water Authority
7590 AL Hwy 22
Valley Grande, AL  36701

Oak Crest Lumber, Inc.
3287 Highway 41 South
P.O. Box 458
Buena Vista, GA  31803

Oakman Hardwoods, Inc.
P.O. Box 230
Oakman, AL  35579

Oce Imagistics Inc.
DBA Montgomery Office Equipment
380 Arba Street
Montgomery, AL  36014

Office Depot
P.O. Box 633211
Cincinnati, OH  45263-3211

Oglesby Machine, Inc.
2107 Merrifield Drive
Selma, AL  36703

Old Dominion Freight Line, Inc.
P.O. Box 198475
Atlanta, GA  30384-8475

Olympia/LMC, Inc.
16260 State Highway 75
Remlap, AL  35133

Omega Satellite
706 Highland Avenue
Selma, AL  36701

OMI Refractories, LLC
DBA Bisco Refractories
40B Sayreton Drive
Birmingham, AL  35207

On-Site Drug Collections, LLC
706 Highland Avenue
Selma, AL  36701

O'Reilly Auto Parts
P.O. Box 790098
St. Louis, MO  63179-0098

Oresundsdraft Produktion AB
Box 642
251 06 Helsingborg
Sweden
+46 (0)42-490 39 05

Overseas Hardwood Company
1110 Montilmar Drive, Suite 950
Mobile, AL  36609

Owens Lumber Company, Inc.
31595 Hwy 47 North
Pine Apple, AL  36768

P&H Construction Corporation
80 St. Michael Street, Suite 203
Mobile, AL  36602

P. Bradley, Jr. and Jane T. Nott
8 Charnwood Road
Richmond, VA  23229

PACE Company of Virginia
4240 Hickory Road
Richmond, VA  23235

Pace Geotechnical, Inc.
80 Candler Road, Suite 100
McDonough, GA  30253

Pace Runners, Inc.
P.O. Box 1509
Pelham, AL  35124

Pair Networks, Inc.
2403 Sidney Street, Suite 210
Pittsburgh, PA  15203

Parham & Parham, Inc.
P.O. Box 488
Jackson, AL  36545

Parker Towing Company, Inc.
P.O. Box 20908
Tuscaloosa, AL  35402-0908

Parker Towing Company, Inc.
c/o Hand Arendall, L.L.C.
Douglas W. Fink
Hamp Uzzelle
P.O. Box 123
Mobile, AL 36601

Parnell, Inc.
P.O. Box 612
Maplesville, AL  36750

Paul O. Bains Sr.
DBA P&S Truck & Trailer Repair
451 River Road
P.O. Box 851
Selma, AL  36702

Pearson Technologies
544 S. Lakeview Drive
Baton Rouge, LA  70810-4631

Penn State Industries
9900 Global Road
Philadelphia, PA  19115

Penske Truck Leasing Co., LP
P.O. Box 532658
Atlanta, GA  30353-2658

Peter A. Trost, III
11 River Road
Richmond, VA  23226

PFIT Consulting
11020 Lower Mud River Road
Prince George, BC  V2N 5C3 CAN

Phares Electronics, LLC
P.O. Box 6813
Brandon, FL  33508

Phelps Industries, Inc.
1700 East 9th Street
P.O. Box 1093
Little Rock, AR  72203

Phenix City Lumber Co.
P.O. Box 639
Phenix City, AL  36868

Phoenix Fabricators & Erectors, Inc.
P.O. Box 631541
Cincinnati, OH  45263-1541

Pickle Logging, Inc.
P.O. Box 963
Americus, GA  31709

Piper Investments, LLC
9921 Eildonway Place
Richmond, VA 23238

Pitney Bowes Postage by Phone
P.O. Box 856042
Louisville, KY  40285-6042

Pitney Bowes, Inc.
P.O. Box 856390
Louisville, KY  40285-6390

Plaza Golf Cart Sales
P.O. Box 506
Demopolis, AL  36732

Pond River Steel, Inc.
P.O. Box 166
Sacramento, KY  42372-0166

Power & Rubber Supply, Inc.
P.O. Box 3069
Tuscaloosa, AL  35403

Powerhouse Equipment & Engineering Co., Inc.
P.O. Box 5486
Delanco, NJ 08075

Powermotion, Inc.
90 Robert Jemison Road
Birmingham, AL  35209-3681

Prater Industries, Inc.
P.O. Box 87618
Chicago, IL  60680-0618

Precision Scale & Balance
140 Rotech Drive
Lancaster, NY  14086

Pre-Cut Lumber, LLC
7533 Salem Road
Gordo, AL  35466

Preiser Scientific, Inc.
94 Oliver Street
P.O. Box 1330
St. Albans, WV  25177-1330

Premium Funding Associates, Inc.
1001 Winstead Drive, Ste 500
Cary, NC  27513

PricewaterhouseCoopers, LLP
P.O. Box 932011
Atlanta, GA  31193-2011

Prime Air Products Company
1211 Mall Drive
Richmond, VA  23235

Process Equipment/Barron Industries
P.O. Box 1607
Pelham, AL  35124

Process Sensors Corporation
113 Cedar Street, Suite 1
Milford, MA  01757

Pro-Environmental Inc.
P.O. Box 330
Neodesha, KS   66757

Pro-Fire Equipment, LLC
P.O. Box 1038
Olive Branch, MS  38654

Prosperity Pallets
19th Street North
Bessemer, AL  35020

Prosperity Recycling
19th Street North
Bessemer, AL  35020

Prosperity Recycling, LLC
c/o Morris, Haynes & Hornsby
Thomas E. James
3500 Colonnade Parkway, Suite 100
Birmingham, Alabama 35243

PSI Conveying Groups, Inc.
P.O. Box 1589
Lake Oswego, OR  97035

Purdie & Son's Refuse Service
P.O. Box 743
Selma, AL  36702-0743

Purdie & Sons Refuse Service, LLC
P.O. Box 743
Selma, AL  36702

Quality Plywood, Inc.
160 Marshall Durbin Drive
Waynesboro, MS  39367

Quantum Controls, Inc.
1643 Fallen Timber Trail
Powhatan, VA  23139

R&D Supply
P.O. Box 1221
Vernal, UT  84078

R&R Brokerage Services, Inc
RR 2, Box 194
Uniontown, AL  36786

R&R Erecting, Inc
4198 County Road 44
Selma, AL  36701

R&R Ground Maintenance, Inc.
P.O. Box 83
Orrville, AL  36767

R.S. Berg & Associates, Inc.
95174 Cook Road
Fernandina Beach, FL  32034

Rader Companies, Inc
398 Willis Road
Woodruff, SC  29388

Ray Davis & Company, Inc.
207 Broad Street
P.O. Box 1350
Selma, AL  36702-1350

Rayco Industrial, Inc.
3810 Hwy 41 South
Selma, AL  36701

Rayco Industrial, Inc.
c/o Johnston Barton Proctor & Rose LLP
Clark R. Hammond, William D. Jones, III
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209

Rayco Industrial, Inc.
c/o Pitts, Pitts & Williams
Rickman Edgar Williams, III
P.O. Box 527
Selma, AL 36702, 0527

Refra-Chem Linings, Inc.
112804 US HWY 31
Spanish Fort, AL  36527

Regional Recycling
c/o Schnitzer Southeast
90 Cahaba Valley Drive
Selma, AL  36701

Regions Bank
1900 5th Avenue North, Upper Lobby
Birmingham, AL 35203

Research Specialists, Inc.
2637 Edenborn Avenue, Suite 201
Metairie, LA  70002

Richard G. Hyde
140 Inglenook Ct.
St. Charles, MO  63304

Ripptide Commercial Diving
1300 Beacon Parkway East # 507
Birmingham, AL  35209

River Consulting, LLC
P.O. Box 201607  Dept 3017
Dallas, TX  75320-1607

Robert C. Metcalf
P.O. Box 534
Linden, VA  22642

Robert Riley
217 Co. Rd. 304
Selma, AL  36701

Rose Lumber Co., LLC
P.O. Drawer 309
Northport, AL  35476-0309

Rosemount, Inc.
P.O. Box 70114
Chicago, IL  60673-0114

Rotolok Valves, Inc.
2711 Gray Fox Road
Monroe, NC  28110

Rountree Electric Supply Co., Inc.
P.O. Box 948
Selma, AL  36702-0948

Royal Vending
28 Avenue A, Craig Industrial Park
Selma, AL  36701

Russell Edwin Crocker
c/o Paul Vaughan Russell Sr.
McCormick & Russell
Address: P. O. Box 895
Selma , AL 36702-0895

S&L Marine Consulting
33310-A Hwy 90
Seminole, AL  36574

S&S Industrial Supply, LLC
9273 Hwy 84 W
P.O. Box 111
Winnfield, LA  71483

Sabel Steel Service
P.O. Box 4747
Montgomery, AL  36103-4747

Safety Source, Inc.
5865 Rangeline Road
Theodore, AL  36582

Sage Software, Inc.
P.O. Box 60000
File Number 73431
San Francisco, CA  94160

SAIA Motor Freight Line, Inc.
P.O. Box 730532
Dallas, TX  75373-0532

Salina Vortex
1725 Vortex Avenue
Salina, KS  67401-1768

Sanders Engineering & Analytical Services, Inc.
2255 Schillinger Road N.
Semmes, AL  36575

Schenck AccuRate
P.O. Box 208
Whitewater, WI  53190

Schnitzer Southeast, LLC
90 Cahaba Valley Drive
Selma, AL  36701

Scotch Lumber Company, Inc.
P.O. Box 38
Fulton, AL  36446

Scott Bridge Company, Inc.
P.O. Box 2000
Opelika, AL  36801

Scott Davis Chip Co., Inc.
#1 Industrial Road
Brent, AL  35034

Screenco Enterprises
9 Bell Road
Selma, AL  36701

Securitas Security Services USA, Inc.
P.O. Box 403412
Atlanta, GA  30384-3412

Sellers Forest Products
11225 Cricket Hollow Circle
Semmes, AL  36575

Selma Communications Service
1605 W. Highland Avenue
Selma, AL  36701

Selma Electric Repair Co.
603 Jeff Davis Avenue
Selma, AL  36701

Selma Newspapers, Inc.
DBA The Selma Times-Journal
P.O. Box 2080
Selma, AL  36702-2080

Selma Pest Control
P.O. Box 837
Selma, AL  36702-0837

Selma-Dallas County Chamber of Commerce
912 Selma Avenue
Selma, AL  36701

Shaddix Pulpwood Co., Inc.
P.O. Box 187, Lineville, AL  36266

Sheehan Trucking
12 Willow Drive
Selma, AL  36701

Shelby Systems, Inc.
P. O. Box 377
Chelsea, AL  35043

Shipco Transport Inc
80 Washington Street
Hoboken, NJ  07030

Siemens Water Technologies Corp.
P.O. Box 360766
Pittsburgh, PA  15250-6766

SimplexGrinnell LP
Dept. CH 10320
Palatine, IL  60055-0320

SIMPSON Machinery and Controls, LLC
1075 Houston Valley Road
Tunnel Hill, GA  30755

Slawson Manufacturing Co., Inc.
3077 Carter Hill Road
Montgomery, AL  36111

Smoot Company, Div. of Magnum Systems
P.O. Box 414921
Kansas City, MO  64141-4921

Southeast Maritime Services, LLC
DBA Savannah Int'l Terminal
P.O. Box 7706
Savannah, GA  31418

Southeastern Freight Lines, Inc.
P.O. Box 100104
Columbia, SC  29202-3104

Southeastern Land Surveying, Inc.
74521 Tallassee Hwy
Wetumpka, AL  36092

Southern Controls, Inc.
P.O. Box 210399
Montgomery, AL  36121-0399

Southern Earth Sciences, Inc.
P.O. Box 160745
Mobile, AL  36616

Southern Instruments, Inc
420 Dividend Drive, Suite F,
Peachtree City, GA  30269

Southern Marine Construction Co.
100 Hamm Road
P.O. Box 4539
Chattanooga, TN  37405-0539

Southern Pipe & Supply
3502 US Highway 80 West
Selma, AL  36703

Southland Chemical Co., Inc.
P.O. Box 494
Selma, AL  36702-0494

Specialty Machining
21 CR 231
Corinth, MS  38834

Spivey Engineering Solutions, LLC
2105 Madison Avenue
Montgomery, AL  36107-1954

Spraying Systems Company
P.O. Box 95564
Chicago, Il  60694-5564

SpreadRite Organics, LLC
P.O. Box 382797
Birmingham, AL  35238-2797

Starnes & Atchison, LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL  35259-8512

State of Alabama Industrial Development Authority
100 N UNION STREET, SUITE 224
MONTGOMERY, ALABAMA 36130

State of Alabama Department of Labor
P.O. Box 303500
Montgomery, AL  36130-3500

Stephanie R. Holt
9107 Carterham Road
Richmond, VA 23229

Stern Brothers, Inc.
P.O. Box 1567
Montgomery, AL  36102

Stern, Agee & Leach
800 Shades Creek Parkway
Suite 700
Birmingham, AL  35209

Steven G. Godfrey
1 10th Street, Suite 303
St. Augustine Beach, FL  32080

Steward Construction Co., Inc.
3007 Citizens Parkway
Selma, AL  36701

Stillwater Machine, LLC
11205 AL Hwy 61
Newbern, AL  36765

Store Room Fasteners, Inc.
2361 Cong. Dickinson Drive
Montgomery, AL  36109

Structural Wood Systems
P.O. Box 250, Greenville, AL  36037

Stuart C. Irby Company, Inc.
P.O. Box 933645
Atlanta, GA  31193-3645

Sullivan Trucking Company, Inc.
16213 Highway 171
Northport, AL  35475

Summit Worldwide, LLC
339 SW Century Dr., Ste. 203
Bend, OR  97702-1338

Sun Life Assurance
P.O. Box 7247-0381
Philadelphia, PA  19170-0381

Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA  30384-9211

Sunbelt Transformer, Ltd.
P.O. Box 619130
Dallas, TX  75261-9130

Susan T. Miner
9606 January Drive
Richmond, VA  23238

Susie P. Watkins, Lic Commissioner
P.O. Box 987
Selma, AL  36702

Sustainable Forestry Initiative, Inc.
900 17th Street, NW, Suite 700
Washington, DC  20006

T&T Marine, LLC
5160 Sanderlin Avenue, Suite 1
Memphis, TN  38117

T.R. Miller Company, Inc.
P.O. Box 708
Brewton, AL  36727

Tate Engineering Systems, Inc.
1560 Caton Center Drive
Baltimore, MD  21227

Tax Trust Account
P.O. Box 830725
Birmingham, AL  35283-0725

Taylor Made Transportation, Inc.
P.O. Box 197
Maplesville, AL  36750

The Blastgate Company
12388 East 29 Mile Road
Washington TWP, MI  48094

The C. Garland Hagen Rev. Trust
C. Garland Hagen, Trustee
880 Bowline Drive
Vero Beach, FL  32963

The Fowler Group
600 University Park Place
Suite 350
Birmingham, AL  35209

The Parton Group
372 Westminster Lane
Lilburn, GA  33047

The Smith Living Trust
Robert L & Betsy G. Smith, Trustees
4574 Shetland Green Rd.
Alexandria, VA  22312

The Terminix International Company, L.P.
P.O. Box 742592
Cincinnati, OH  45274-2592

The Title Group
3500 Colonnade Parkway, Suite 375
Birmingham, AL  35243

The Westervelt Co., Inc.
DBA Westervelt Lumber
P.O. Box 48999
Tuscaloosa, AL  35404

Theodore Marine Terminal, Inc.
P.O. Box 190187
Mobile, AL  36619

Thomasville Lumber Company, Inc.
P.O. Box 578
Thomasville, AL  36784

Thompson Tractor Co., Inc.
P.O. Box 934005
Atlanta, GA  31193-4005

Thompson Tractor Company, Inc.
c/o Hand Arendall, L.L.C.
E. Shane Black and Stephen N. Fitts
1200 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Tolleson Lumber Company, Inc.
903 Jernigan Street
Perry, GA  31069

TPI Engineered Systems
8481 Newman Street
Douglasville, GA 30134

Tracer Electrical Contractors, Inc.
2629 W. 23rd Street, Suite B
Panama City, FL  32405

TransMontaigne Product Services, Inc.
P.O. Box 404090
Atlanta, GA  30384-4090

Tri Nova
P.O. Box 2806
Mobile, AL  36601-2806

Tri-County Rental & Leasing, LLC
2525 U.S. Highway 80 West
Selma, AL  36701

TriDelta Systems, LLC
172 Industrial Park Circle
P.O. Box 356
Abbeville, AL  36310

TurboSonic, Inc.
550 Parkside Drive, A-14
Waterloo, ON  N2L 5V4

Turner-Supply Company
250 North Royal Street
Mobile, AL  36602

United Electrical Services
796 Highland Avenue
Selma, AL  36701

United Healthcare Insurance Company
Dept. CH 10151
Palatine, IL  60055-0151

UPS
P.O. Box 7247-0244
Philadelphia, PA  19170-0001

UPS Freight
P.O. Box 533238
Atlanta, GA  30353-3238

US Premium Finance, Inc.
P.O. Box 1110
Lawrenceville, GA  30046

Veenschoten and Company, Inc.
1900 Crestwood Blvd., Suite 97
Birmingham, AL  35210

Verizon Wireless
P.O. Box 660108
Dallas, TX  75266-0108

Vista Engineering & Consulting, LLC
1500 Ast Ave No. B117
Birmingham, AL  35203

Volvo Financial Services
P.O. Box 7247-0236
Philadelphia, PA  19170-0236

W.S. Newell, Inc.
P.O. Drawer 241327
Montgomery, AL  36124-1327

Waller Marine Construction and Pile Driving, Inc.
29331 Archie Road, Elberta, AL  36530

War Dawg Construction Co., Inc.
211 Washington Street
Tyler, AL  36785

Warehouse Equipment and Supply Co.
P.O. Box 19808
Birmingham, AL  35219

Waste To Energy, Inc
P.O. Box 1178
Slocomb, AL  36735

West Lumber & Timber, Inc.
3306 County Road 83
Berry, AL  35546

Weyerhaeuser NR Company
P.O. Box 945929
Atlanta, GA  30394-5929

Wilco Timber Company, Inc.
55 Camden Bypass
Camden, AL  36726

Will Thomas Alabama Exports, Inc.
434 W. 43 Street
Miami Beach, FL  33140

William O. Barganier
DBA Billy Barganier
895 Rountree Drive
Selma, AL  36703

Willis of Alabama, Inc
P.O. Box 730371
Dallas, TX  75373-0371

Wood Dealers South, Inc.
105 Sam Moseley Drive - Suite C
Selma, AL  36701

Woodgrain Millworks, Inc.
80 South Shelby Street
P.O. Box 170, Montevallo, AL  35115

Zenith Insurance Company
4415 Collections Center Drive
Chicago, IL  60693