UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF ALABAMA

In re: )
)
DIXIE PELLETS, LLC, ) Case No. 09-05411
)
Debtor. )

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Brandy Murphy Lee hereby enters an appearance as attorney for Dr. Charles Bates, Joyce Duck, Belinda B. Early, Kenneth G. Elzinga, Fernand Baruch, Jr. IRA by and through its custodian Entrust MidAtlantic, LLC; Brigitte Schmidt-Ullrich, IRS By and through its custodian Entrust MidAtlantic, LLC; Jean Freitag, The C. Garland Hagen Rev Trust by and through its trustee C. Garland Hagen, GTC Partners, LLC, Kristian M. Gathright, Donovan L. Graham, Wilma C. Graham, Martha D. Hartmann-Harlan, Stephanie R. Holt, B. Stuart Holt, III, Kathryn C. Huck, Douglas H. Ludeman, Jr., Andrew Malloy, Irene Malloy, Robert C. Metcalf, Susan T. Miner, Jane C. Nolan, P. Bradley Nott, Jr., Jane T. Nott,    Piper Investments, LLC, Alexander K. Scott, Karen Scott, The Smith Living Trust by and through its Trustees Robert L. Smith and Betsy G. Smith; Peter A. Trost, III, Doug Wallace, Joanne Wallace, John M. Weiser, Teri L. Weiser, Gary N. Witthoefft and Diane Perry who are minority equity holders,  plaintiffs in a pending lawsuit against Dixie Pellets, LLC in Dallas County, Alabama and parties in interest in the above-captioned bankruptcy case.  The undersigned attorney hereby enters this Notice of Appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests copies of all

notices and pleadings pursuant to Rules 2002(a), (b), and (f) and 3017(a) of the Bankruptcy Rules. All notices should be addressed as follows:

Brandy Murphy Lee
LEITMAN, SIEGAL, PAYNE & CAMPBELL, P.C.
400 Land Title Building
600 North 20th Street
Birmingham, AL 35203
Phone: (205) 251-5900
Fax: (205) 803-0053
blee@lspclaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telegraph, telex, facsimile, or otherwise filed with regard to the above case and proceedings therein.

DATED this 14th day of October, 2009.

> Respectfully submitted,
>
> */s/Brandy Murphy Lee*
> Brandy Murphy Lee

**OF COUNSEL:**

LEITMAN, SIEGAL, PAYNE & CAMPBELL, P.C.
400 Land Title Building
600 North 20th Street
Birmingham, AL 35206
Telephone:    (205) 251-5900
Fax:              (205) 803-0053

# CERTIFICATE OF SERVICE

       I hereby certify that on this 14th day of October, 2009, I have served a copy of the above and foregoing on the following, by placing a copy of same in the United States mail, properly addressed, first class postage prepaid.

| | |
|---|---|
| Jay Bender | jaybender@babc.com |
| Chris Hawkins | chawkins@babc.com |
| Jennifer Harris Henderson | jhenderson@babc.com |
| Bradley, Arant, Boult & Cummings, LLC | |
| One Federal Place | |
| 1819 Fifth Avenue North | |
| Birmingham, AL 35203 | |

Bankruptcy Administrator
Attn: Tom Corbett      Thomas_Corbett@alnba.uscourts.gov
1800 5th Avenue North, Suite 132
Birmingham, AL 35203

Amanda Raboy
Michael B. Hopkins      mhopkins@cov.com
Charles H. Jeanfreau      cjeanfreau@cov.com
Covington Burling, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Jayna Partain Lamar      jlamar@maynardcooper.com
Kris Lowry      klowry@maynardcooper.com
J. Leland Murphree      lmurphree@maynardcooper.com
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203

Kevin Gray      kgray@maynardcooper.com
Maynard, Cooper & Gale, PC
655 Gallatin Street
Huntsville, AL 35801

Alabama Power Company
Attn: Bari Thorn
BIN: 4-S-11-35
600 North 18th Street
Birmingham, AL 35203

Amber Weldele
Heartland Barge Management, LLC
242 Couthwoods Center
Columbia, IL 62236

Eric J. Breithaupt
Environmental Pneumatics, Inc.
Christian & Small
505 North 20th Street
Birmingham, AL 35203

Essent Energy Trading
c/o E. Russell March, III             erm@johnstonadams.com
Johnston Adams Bailey Gordon & Harris
P.O. Box 1988
Mobile, AL 36602

William Earl Bonner                   bbonner@mcdowellknight.com
Richard M. Gaal                       rgaal@mcdowellknight.com
McDowell, Knight, Roedder & Sledge, LLC
11 North Water Street, 13th Floor
Mobile, AL 36602

Parker Towing Company, Inc.
c/o Louis C. Norvell, Esq.            lnorvell@handarendall.com
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601

Clark R. Hammond                      crh@jbpp.com
Linda J. Hill                         lhill@johnstonbarton.com
Rayco Industrial, Inc.
Johnston, Barton, Proctor & Rose, LLP
569 Brookwood Village
Suite 901
Birmingham, AL 35209

Volvo Financial Services
c/o James P. Wilson                   jwilson@mitchellmcnutt.com
P.O. Box 1366
Columbus, MS 39703

Dixie Pellets, LLC
2100 Third Avenue North
Suite 600
Birmingham, AL 35203

Thomas W. H. Buck                                   Jennifer@longshorebuck.com
Longshore, Buck & Lonshore
2009 2nd Avenue North
Birmingham, AL 35203

Alan G. Crone
Crone & Mason PLC
5100 Poplar Avenue, Ste 3200
Memphis, TN 38137

Marc P. Solomon                                     msolomon@burr.com
Derek F. Meek                                       dmeek@burr.com
Robert B. Rubin                                     brubin@burr.com
Burr & Forman, LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Donald T. Trawick                                   trawickdt@zebra.net
2244 Center Point Parkway, Ste 101
Center Point, AL 35215

W. Clark Watson                                     cwatson@balch.com
Jeremy L. Rutherford                                jretherford@balch.com
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201

Eric Ray                                            eray@balch.com
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201

James Grady Curenton, Jr.                           jim_jcl@bellsouth.net
James G. Curenton, Jr., P.C.
P.O. Box 1435
Fairhope, AL 36533

*/s/Brandy Murphy Lee*
Brandy Murphy Lee
Leitman, Siegal, Payne & Campbell, P.C.
400 Land Title Building
600 North 20th Street
Birmingham, AL 35203
T: (205) 251-5900
F: (205) 803-0053
blee@lspclaw.com